Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Misael Romero

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Misael Romero,<br><br>Plaintiff,<br><br>v.<br><br>Skye Haulman, et al.<br><br>Defendants. | Case Number:<br><br>5:22-cv-00294-DSF-SP<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>FRCP 41(a)(1)(A)(ii) |

Plaintiff MISAEL ROMERO and Defendants SKYE HAULMAN and OUTER HIGHWAY 10, LLC hereby stipulate as follows:

1. Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2. The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 23, 2022  By: /s/ *Ross Cornell*
  Ross Cornell, Esq.,
  Attorneys for Plaintiff,
  MISAEL ROMERO

Dated: May 23, 2022  By: /s/ *James Link*
  James Link, Esq.,
  Attorneys for Defendants,
  SKYE HAULMAN and
  OUTER HIGHWAY 10, LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 23, 2022  LAW OFFICES OF ROSS CORNELL, APC

  By: /s/ *Ross Cornell*
  Ross Cornell, Esq.,
  Attorneys for Plaintiff